[No. 42030-9-II.  Division Two.  May 1, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN MCDOUGAL RIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00771-9, Elizabeth P. Martin, J., entered March 25, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 42358-8-II.  Division Two.  May 1, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EMMETT FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-02821-6, Brian M. Tollefson, J., entered June 17, 2011. *Remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 29872-8-III.  Division Three.  May 3, 2012.]

WASHINGTON MOTORSPORTS LIMITED PARTNERSHIP, *by and through its Receiver and Acting Managing General Partner, Respondent*, v. SPOKANE RACEWAY PARK, INC., *Defendant*, JEROME SHULKIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-06856-4, Annette S. Plese, J., entered March 22, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ. Now published at 168 Wn. App. 710.

[No. 30492-2-III.  Division Three.  May 3, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA JANE TSUGAWA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-00184-1, Robert A. Lewis, J., entered September 30, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.